# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PENNYMAC LOAN SERVICES, LLC

VERSUS

SEDRICK DEWAYNE MCCRAY, JR.
A/K/A SEDRICK D. MCCRAY, JR.
A/K/A SEDRICK MCCRAY, JR.

NO.   2026 CW 0839

**JULY 9, 2026**

---

In Re:    Sedrick Dewayne McCray, Jr., applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 772239.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**STAY DENIED; WRIT DENIED.**  An appeal is taken by obtaining an
order from the court which rendered the judgment.  La. Code Civ.
P. art. 2121.  Relator represents he has filed "this same motion"
for appeal with the district court.

                    **MRT**
                    **WIL**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT